JULIUS WEISS v. MAX HERMAN.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

RAYMOND ROSEN and Another v. S. SILBERSTEIN & SON, INC.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

LOUIS GOLDSTEIN v. ALTON FRUCHTER.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

HARRY L. GUTTER v. H. T. POND & Co., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE BRONX GAS AND ELECTRIC COMPANY v. EDWARD J. GLENNON, as District Attorney of the County of Bronx, and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. EMPIRE CITY SUBWAY COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE W. BARRON, as President, etc., v. WALTER H. KNAPP and Others and THE CITY OF NEW YORK.— Motion granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of GERTIE EMILY GORMAN WEBB, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of GERTIE EMILY GORMAN WEBB, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

66 WEST BROADWAY CORPORATION v. STEWART'S CRYSTAL & CHINA SHOP, INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

COMPANIA AZUCARERA Y TABACALERA DE BARACOA v. MOORE and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

GEORGE F. ABBOTT v. HALL & RUCKEL, INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

NEDERLANDSCHE PETROLEUM EN ASPHALT MAATSCHAPPIJ v. INTEROCEAN OIL COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

ISABEL COX and Others v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

JOSEPH MIGLIACCIO v. MERCANTILE INSURANCE COMPANY OF AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

NEW YORK YELLOW CAB COMPANY SALES AGENCY, INC., v. COURTLANDT GARAGE AND REALTY CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

ESTELLE M. CLARK v. BEE WRIGHT, Also Known as BEE WRIGHT CLARK.—